Henry P. Williams, Appellant, v. Otilda Zimmermann, Sued as Otilda de Wolfe, Respondent.— Appeal by the plaintiff from a judgment of the Municipal Court, second district, borough of The Bronx, rendered in favor of the plaintiff. Hugh Coleman, for appellant; Blandy, Mooney & Shipman, for respondent. Judgment affirmed, with costs to the respondent. No opinion.

John Eisinger, Respondent, v. Karolina Betz, Appellant.— Appeal by the defendant from a judgment of the Municipal Court, tenth district, borough of Manhattan, rendered in favor of the plaintiff. Holt & Gaillard, for appellant; Langbein Bros. & Langbein, for respondent. Judgment affirmed, with costs to the respondent. No opinion.

Edward Nicholson, Appellant, v. George Grossman, Respondent.— Appeal by the plaintiff from a judgment of the Municipal Court, eleventh district, borough of Manhattan, rendered in favor of the defendant. Wendel & Robeson, for appellant; Rosendale & Dodd, for respondent. Judgment affirmed, with costs. No opinion.

Robert H. Gordon et al., Appellants, v. Francis D. Dowley, Respondent.— Appeal from a judgment in favor of the defendant, rendered in the Municipal Court of the city of New York, eighth district, borough of Manhattan. Morris Putnam Stevens, for appellants; John J. Lenehan, for respondent. Judgment affirmed, with costs to the respondent. No opinion.

Moses K. Wallach, Appellant, v. John Maack, Respondent.— Appeal by the plaintiff from a judgment of the Municipal Court, fifth district, borough of Manhattan, rendered in favor of the defendant. Maurice J. Katz, for appellant; G. A. C. Barnett, for respondent. Judgment affirmed, with costs to the respondent. No opinion.

SUPREME COURT — APPELLATE TERM, JULY, 1899.

Before FREEDMAN, P. J., MACLEAN AND LEVENTRITT, JJ.

The Brock's Commercial Agency, Limited, Appellant, v. Henry W. Bean, Respondent.— Appeal from a judgment in favor of the defendant, rendered in the Municipal Court of the city of New York, sixth district, borough of Manhattan. D. M. Porter, for appellant; Henry W. Bean, for respondent. Judgment affirmed, with costs to the respondent. No opinion.